UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL 21 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 4:17CR330 NAB |
| | ) |
| KERRY BILLINGSLEY, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

### COUNT I
### (UNLAWFUL DELAY OF MAIL)

The Acting United States Attorney charges that:

On or about November 28, 2016 in Saint Louis City, located within the Eastern District of Missouri,

**KERRY BILLINGSLEY,**

defendant herein, having taken charge of United States mail to be delivered to mail addresses, voluntarily detained, destroyed, delayed and opened United States mail intended for delivery via City Routes 1268, 1503, 1264, 1213 and 1211.

All in violation of Title 18, United States Code, Section 1703(a).

CARRIE COSTANTIN
Acting United States Attorney

DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANNA R. COLLINS

Subscribed and sworn to before me this 21 day of July 2017.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK